UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIEWIT PACIFIC CO., <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY, <br><br> Defendant. | CASE NO. C06-5274RJB <br><br> ORDER REQUESTING SUPPLEMENT TO JOINT STATUS REPORT |

It appears that the above-entitled case is related to <u>Federated Rural Electric Insurance Corp. v. Public Utility District No. 1 of Cowlitz County</u>, C04-5052RBL.  The court hereby requests that the parties address, in the Joint Status Report due on August 21, 2006, the question of whether these two cases are related to the extent that they would benefit from being assigned to the same judge under the authority of Western District of Washington General Order Re: Division of Court Business, dated October 4, 2004, paragraph 10, which states as follows:

> 10. A. When civil or criminal actions involving a common question of law and fact (but not necessarily the same parties) are assigned to different Judges and it appears to any Judge of this court that there may be good reason to assign all of said actions to one Judge, such may be assigned to the Judge to whom the case bearing the earliest filing date was assigned, at his or her option.
>
> B. Motions to consolidate civil or criminal actions for trial, or otherwise, shall be heard by the Judge to whom the case bearing the earliest filing date has been assigned, and in the event consolidation is ordered, the consolidated cases shall be heard by said Judge.

ORDER - 1

1   The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of

2   record and to any party appearing *pro se* at said party's last known address, and to sent courtesy

3   copies of this Order to the judge and counsel in Cause Number C04-5052RBL.

    DATED this 21st day of July, 2006.

                                    /s/ Robert J. Bryan
                                    Robert J. Bryan
                                    United States District Judge

ORDER - 2